UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LOREN RAYMOND FOLLETT

    Petitioner,

vs.

ROBERT LeGRAND, *et al.*,

    Respondents.

_____/

3:16-cv-00370-HDM-WGC

**ORDER**

In this habeas corpus action, the respondents were due to file their answer by June 12, 2017. *See* Order entered March 27, 2017 (ECF No. 19); Notice of Abandonment of Claim filed April 12, 2017 (ECF No. 20).

On June 8, 2017, respondents filed a motion for extension of time (ECF No. 21), requesting a 29-day extension of time, to July 11, 2017. Petitioner does not oppose the motion for extension of time. Respondents' counsel states that the extension of time is necessary for personal reasons -- his family's relocation. The court finds that respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that respondents' Motion for Enlargement of Time (ECF No. 21) is **GRANTED**. Respondents will have until **July 11, 2017**, to file their answer.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered July 6, 2016 (ECF No. 2) shall remain in effect.

Dated this 13th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE